United States Courts
Southern District of Texas
FILED

NOV 1 8 2004

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TETRA APPLIED TECHNOLOGIES, L.P. | § § § | CIVIL ACTION |
| VS. | § § | NO. H-04-2576 |
| HENRY'S MARINE SERVICE, INC. and HENRY'S TOWING, INC. | § § | JUDGE LYNN N. HUGHES |

## NOTICE OF PARTIAL NON-SUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff Tetra Applied Technologies, L.P., pursuant to Rule 162 of the Texas Rules of Civil Procedure presenting its Notice of Partial Non-Suit only as to Henry's Towing, Inc. and as grounds therefore would respectfully show the Court that it does not desire to proceed with this action against Defendant, Henry's Towing, Inc., at the present time. This notice is given without prejudice to Plaintiff's rights to refile this action at a later time.

Respectfully submitted,

LEGGE, FARROW, KIMMITT, McGRATH & BROWN, L.L.P.

_____
Glenn R. Legge
SBN: 12171330
Jerry R. McKenney
SBN: 13706125
6363 Woodway, Suite 400
Houston, Texas 77057
713/917-0888
713/953-9470 (fax)

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was served via certified mail, return receipt requested and/or via facsimile on this 18th day of November, 2004.

Paul C. Miniclier                                                   *Via Certified Mail - RRR*
David A. Binegar
Law Office of Paul C. Miniclier
1305 Dublin Street
New Orleans, LA 70118

_____
Jerry R. McKenney